UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

WILDADE NELSON,
    Plaintiff

V.

JOANNE MCGANN                          No. 05-11269NG
"In all her capacities"
and
COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF HEALTH AND HUMAN
SERVICES, DEPARTMENT OF
MENTAL RETARDATION,
    Defendants

---

DEFENDANT DEPARMENT OF MENTAL RETARDATION'S
PARTIAL MOTION TO DISMISS

Pursuant to Fed.R.Civ.P. 12(b)(6), the Department of Mental Retardation moves to dismiss various claims for failure to state a claim upon which relief can be granted for the following reasons:

1. Since Plaintiff failed to exhaust all the requisite administrative remedies, her claims pursuant to 42 U.S.C. 2000e are barred as a matter of law,

2. Sovereign immunity and the language of 42 U.S.C. §1983 bar claims of damages against state agencies, and

3. Massachusetts state law bars Nelson's tort claims against DMR, since

    a. Nelson Failed to Allege Timely Written Presentment of Her Tort Claims

    b. Even If Nelson Had Effected Presentment, the Exclusivity Provision of the Workers Compensation Act Would Bar Nelson's Claim of Intentional Infliction of Emotional Distress Against DMR; and

    c.    Even If Nelson Had Effected Presentment, the Massachusetts Torts Claims Act Bars Nelson's Claim of Intentional Torts.

> RESPECTFULLY SUBMITTED,
> DEPARTMENT OF MENTAL
> RETARDATION
>
> By its attorneys,
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> _____/s/_____
> Ernest L. Sarason, Jr., BBO NO: 441980
> Maite A. Parsi, BBO No. 554009
> Assistant Attorney General
> Government Bureau/Trial Division
> One Ashburton Place, 18th Floor
> Boston, MA 02108
> 617-727-2200 x3322
> maite.parsi@ago.state.ma.us

Dated: January 6, 2006

## CERTIFICATE OF SERVICE

    I certify that on this 6th day of January 2006 I served the above document on the plaintiff, Wildade Nelson, via regular mail postage prepaid to her address of record, 22 Kessler Farm Dr., Nashua, NH 03063

> _____
> Ernest L. Sarason, Jr.