UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILDADE NELSON,
    Plaintiff

V.

JOANNE MCGANN               No. 05-11269NG
"In all her capacities"
and
COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF HEALTH AND HUMAN
SERVICES, DEPARTMENT OF
MENTAL RETARDATION,
    Defendants

## DEFENDANT JOANNE MCGANN'S MOTION TO DISMISS

Pursuant to Fed.R.Civ.P. 12(b)(6), the Department of Mental Retardation moves to dismiss various claims for failure to state a claim upon which relief can be granted for the following reasons:

1. Since the Plaintiff failed to exhaust all the requisite administrative remedies, her claims pursuant to 42 U.S.C. 2000e are barred as a matter of law,

2. Sovereign immunity and the language of 42 U.S.C. §1983 bar claims of damages against McGann in her official capacity,

3. As a state employee acting within the scope of her employment, McGann is immune from liability for negligence, and

4. The exclusivity provision of the Workers' Compensation Act bars the Plaintiff's claim for intentional infliction of emotional distress.

                                                        RESPECTFULLY SUBMITTED,
JOANNE MCGANN

By her attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

                                           /s/
Ernest L. Sarason, Jr., BBO NO: 441980
Maite A. Parsi, BBO No. 554009
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, 18th Floor
Boston, MA 02108
617-727-2200 x3322
maite.parsi@ago.state.ma.us

Dated: January 6, 2006

## CERTIFICATE OF SERVICE

     I certify that on this 6th day of January 2006 I served the above document on the plaintiff, Wildade Nelson, via regular mail postage prepaid to her address of record, 22 Kessler Farm Dr., Nashua, NH 03063

                                           Ernest L. Sarason, Jr.