UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILDADE NELSON,
    Plaintiff

V.

JOANNE MCGANN                         No. 05-11269NG
"In all her capacities"
and
COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF HEALTH AND HUMAN
SERVICES, DEPARTMENT OF
MENTAL RETARDATION,
    Defendants

## DEFENDANTS' 7.1 CERTIFICATE

       Pursuant to Local Rule 7.1, Assistant Attorney General Maite A. Parsi, ("AAG Parsi"), counsel for all the Defendants certifies that she has unsuccessfully attempted in good faith to confer with plaintiff's counsel and to resolve or narrow the issues in the above-referenced case. AAG Parsi conducted a thorough Internet search, including this court's online docket, in her attempt to find plaintiff's telephone number. It is not listed on the docket. Likewise, the search for her telephone number in Nashua, New Hampshire revealed that it is unlisted.

                                                                           /s/
                                          Ernest L. Sarason, Jr., BBO NO: 441980
                                          Maite A. Parsi, BBO No. 554009
                                          Assistant Attorney General
                                          Government Bureau/Trial Division
                                          One Ashburton Place, 18th Floor
                                          Boston, MA 02108
                                          617-727-2200 x3322
                                          maite.parsi@ago.state.ma.us

Dated: January 6, 2006

-2-

**CERTIFICATE OF SERVICE**

      I certify that on this 6th day of January 2006 I served the above document on the plaintiff, Wildade Nelson, via regular mail postage prepaid to her address of record, 22 Kessler Farm Dr., Nashua, NH 03063

                                                                _____
                                                                   Ernest L. Sarason, Jr.