UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
WILDADE NELSON                          )
     Plaintiff,                         )
                                        )
     v.                                 )   C.A. No. 05-11269-NG
                                        )
JOANNE MCGANN and MASSACHSUETTS         )
DEPARTMENT OF HEALTH AND HUMAN          )
SERVICES, DEPARTMENT OF MENTAL          )
RETARDATION                             )
     Defendants.                        )
```

GERTNER, D.J.:

### ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

Defendants' Motion to Dismiss for Failure to Prosecute (document #14) is **GRANTED**. Plaintiff has failed to take any action in this case since filing the complaint on June 13, 2005. Plaintiff failed to respond to defendants' good faith attempts to communicate with her, including an attempt to confer as required by Local Rule 16.B. Plaintiff did not appear for the scheduling conference pursuant to that Rule on November 21, 2006, and has not communicated with the Court or defendants at all since the filing of the complaint. Therefore, it is hereby **ORDERED** that the above-captioned matter is dismissed in its entirety pursuant to Fed. R. Civ. P. 41(b) and Local Rule 1.3.

**SO ORDERED.**

Date: **March 7, 2007**          /s/Nancy Gertner
                                 **NANCY GERTNER, U.S.D.C.**